Eastern District of Kentucky
**FILED**

AUG 1 0 2021

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 2:20-CV-00063-DLB-EBA

| | |
|---|---|
| **TIMOTHY S. SUDEITH** | **PLAINTIFF,** |
| and | |
| **TRAVELERS INDEMNITY CO. OF AMERICA** | **INTERVENING PLAINTIFF,** |
| -VS- | |
| **E & J TRAILER SALES AND SERVICE, INC.; AMPLE TRAILER LEASING & SALES, INC.; and RYAN M. SALTER** | **DEFENDANTS.** |

### AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff, Timothy S. Sudeith, by counsel, and Defendant, Ample Trailer Leasing & Sales, Inc., by counsel, hereby agree that all Plaintiff's claims against Defendant Ample shall be dismissed, with prejudice.

The Court, being duly advised, now ORDERS that Plaintiff's claims against Defendant, Ample Trailer Leasing & Sales, Inc., are DISMISSED, with prejudice. Each party shall bear its own costs. All other remaining claims of Plaintiff and the Intervening Plaintiff shall remain pending.

SO ORDERED this __10__ day of __August__, 2021.



Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge

y
z

**HAVE SEEN AND AGREE:**

*/s/Michelle L. Burden*
Michelle L. Burden (90231)
Jessica C. Durden (98631)
GARVEY | SHEARER | NORDSTROM, PSC
2388 Grandview Drive
Ft. Mitchell, Kentucky 41017
Phone: (513) 445-3373
FAX: (866) 675-3676
mburden@gsn-law.com
*Attorneys for Defendants*

*/s/ Jerome P. Prather* (via email permission 8/9/21)
William R. Garmer
Jerome P. Prather
GARMER & PRATHER, PLLC
141 North Broadway
Lexington, Kentucky 40507
jprather@garmerprather.com,
bgarmer@garmerprather.com,
lreed@garmerprather.com,
sfoos@garmerprather.com,
kgarmer@garmerprather.com,
swilliams@garmerprather.com
*Attorneys for Plaintiff*

*/s/ William J. Barker II* (via email permission 8/9/21)
William J. Barker II
WARD, HOCKER & THORNTON, PLLC
333 W. Vine Street, Suite 1100
Lexington, Kentucky 40507
Email: will.barker@whtlaw.com,
deborah.jackson@whtlaw.com
*Attorney for Intervening Plaintiff,*
*Travelers Indemnity Co. of America*