UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:20-CV-00063-EBA

TIMOTHY S. SUDEITH, PLAINTIFF,

V. **JUDGMENT**

E&J TRAILER SALES AND SERVICE, INC., *et al.*, DEFENDANTS.

*** *** *** ***

In accordance with Fed. R. Civ. P. 58, and the jury verdict returned on February 23, 2024, IT IS ORDERED AND ADJUDGED that Judgment is entered in the favor of Plaintiff Timothy S. Sudeith in the amount of $359,144.50 with respect to his claims against the Defendants E&J Trailer Sales and Service, Inc., and Ryan M. Salter.

This matter is stricken from the Court's active docket. This is a final and appealable Judgment and there is no just cause for delay.

Signed February 27, 2024.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge